# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARY JO ANN HAMMOND, | : |
| Plaintiff, | : Case No. 2:20-cv-5562 |
| v. | : Chief Judge Algenon L. Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Chelsey M. Vascura |
| Defendant. | : |

## ORDER ON REPORT AND RECOMMENDATION

On September 20, 2021, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 16) that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's denial of benefits. The parties were advised specifically of their right to object to the Report and Recommendation within fourteen days and of the rights they would waive by failing to do so. (*Id.* at 10). No objection has been filed, and the deadline lapsed on October 4, 2021. Since neither party has objected, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's determination. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:** November 15, 2021